**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-7401**

---

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JEREMY LUJAN AIKEN,

             Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.   Mark K. Reidinger, District Judge.  (1:04-cr-00092-MR-1)

---

Submitted:  December 20, 2012          Decided:  December 27, 2012

---

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeremy Lujan Aiken, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Lujan Aiken appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Aiken</u>, No. 1:04-cr-00092-MR-1 (W.D.N.C. Aug. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>